ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MARIE CRAIG,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:25-cv-01039-KES-BAM<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR EXTENSION OF TIME**<br>**TO RESPOND TO PLAINTIFF'S**<br>**COMPLAINT** |

    The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    Defendant's response to Plaintiff's Complaint is due October 20, 2025. Defendant has not previously requested an extension of this deadline.

    2.    At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

    3.    In the absence of either a Fiscal Year 2026 appropriation or a continuing resolution to continue the ongoing operations of the Social Security Administration (SSA), no further financial

obligations may be incurred by SSA, except for that work which, as defined by law, is excepted from the limitations of Anti-Deficiency Act (ADA). *See* 31 U.S.C. §§ 1341–1342.

4. Effective Monday, October 20, 2025, the Social Security Administration has determined that undersigned counsel and colleagues within his office may perform work on Social Security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work.

5. Although the undersigned counsel is permitted to work on Social Security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, undesigned counsel has many pressing deadlines resulting from the lapse in funding. Furthermore, we currently do not have staff available to perform the filing of the eCARs.

6. Given this situation Defendant requests an extension of 30 days to respond to Plaintiff's Complaint.

7. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until November 19, 2025, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *October 21, 2025*    By:    */s/ Jonathan Omar Pena*
Jonathan Omar Pena
Pena and Bromberg, PC
Attorney for Plaintiff
(*as authorized by email)

Date: *October 21, 2025*    ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
By:    */s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the deadline for the Commissioner to respond to Plaintiff's complaint is extended thirty (30) days from October 20, 2025, to **November 19, 2025**. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **October 21, 2025**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE