**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA MARIE CRAIG, | Case No. 1:25-cv-1039 KES FRS (SAB) |
| Plaintiff, | ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ANGELA MARIE CRAIG AND AGAINST DEFENDANT FRANK BISGNANO, COMMISSIONER OF SOCIAL SECURITY, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT |
| Defendant. | |
| | Docs. 16, 18. |

Angela Marie Craig and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. 18.  Pursuant to the stipulation, an administrative law judge shall "offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision."  *Id.* at 1.  The parties also stipulated that judgment should be entered in favor of Plaintiff and against the Commissioner.  *Id.*

Based upon the terms of the stipulation, the Court **ORDERS**:

1.    Plaintiff's motion for summary judgment (Doc. 16) is terminated as **MOOT**.

2.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

1

3.    The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Angela Marie Craig and against Defendant Frank Bisignano, Commissioner of Social Security; assign a magistrate judge for purposes of closing this case; and to close this case.

IT IS SO ORDERED.

Dated:    March 19, 2026    

UNITED STATES DISTRICT JUDGE

2