**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA MARIE CRAIG, | Case No. 1:25-cv-01039-KES-FJS |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | Doc. 21 |
| Defendant. | |

Angela Marie Craig and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,250.00 pursuant to the Equal Access to Justice Act. Doc. 21. Accordingly, the Court ORDERS: Subject to the terms of the parties' stipulation, Plaintiff is AWARDED fees and expenses in the amount of $7,250.00 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   June 30, 2026

_____
UNITED STATES DISTRICT JUDGE

1